# Exhibit A

The Honorable Judge Underhill,

I am Ross A. DeLibro's mother. I love Ross unconditionally. We have lived in the same house for 58 years. Ross was born and grew up in this house.

I have learned from Ross that he has deep regret from everything that he has done. He is more concerned with the family involved and his own family. Ross wants to get treatment and therapy.

We keep in touch with Ross daily since he calls us every night. Once a week we write a letter to Ross with family photos, photos of our cats, crossword puzzles, and news stories. Every week we visit Ross.

Ross worries about us since we are elderly. Ross tells me not to climb a ladder when no one is in the room. A few years ago I fell of a ladder in the kitchen but only received a few minor injuries. He is our great care giver and we miss him.

Ross has always been a hard worker. At age 12 Ross had a newspaper route in the neighborhood. From age 13-16 he was responsible for mowing two of the neighbor's lawns. Ross taught himself to play the guitar. He played everyday.

He has worked part time since he was 16. His first job was working in the pharmacy in town. His second job was cleaning in an office building.

Ross constantly helped out my parents (his grandmother & grandfather). They were born in Poland. My mother left Poland to follow the Polish army and ended up in Britain. I was born in Dundee, Scotland.

After the war ended and my father came home, we moved to Gorebridge, Scotland.

The weather in Scotland was very rainy. Both my parents and I had arthritis, and in 1951 we emigrated to America. They never went back to their home country Poland.

Ross would go to his grandparents home and do odd jobs inside and outside the home. When his grandmother asked him to "top coat" the driveway he never hesitated. His grandfather had passed away before that time. It was a time consuming job because it was a long driveway. Ross had a great rapport with his grandparents.

Ross was always fond of animals. We have 3 inside cats. He would groom them, play with them, and clip their nails. Ross built a feeder made out of wood for a feral cat that we have been feeding for 10 years. We were feeding another feral cat who was bleeding. The feral cat was very sick and Ross took him to the Vet at his own expense to get treated. The Vet did what he could do at the time, but told Ross the cat will not live long.

Ross used his carpentry skills on putting lattice fencing on our deck which allowed our indoor cats to get some fresh air, but it kept them on the enclosed deck.

We miss Ross everyday. He would help me get things out of our kitchen cabinets to avoid me climbing on a ladder, mow the lawn, and shoveling snow in the winter. As I get older it is harder for me to do many things that I did when I was younger. Ross always came to the rescue.

I do not make any excuses for Ross's behavior in this case, and neither does Ross. I am here to support him as he makes amends for his actions, and gets the treatment he needs.

Thank You.

Sincerely,

Janina DeLibro