# Exhibit B

The Honorable Judge Underhill,

I am Warren A. DeLibro. I am Ross A. DeLibro's father.

Ross knows that he has done a terrible thing. I know that Ross has done a terrible thing, but Ross is my son. I love Ross and I stand by him.

Ross has lived with us all his life, and has been a loving constant, and remains so in our lives all these years.

My wife Janina and I talk with Ross every day, and we visit him once a week. The contact helps us somewhat in getting by without him. Just Ross's presence has been a bright spot in our lives since he was a child. As he got older he came to help us in many ways.

In the last twenty years he has helped in many practical ways, by such things as cutting the grass, planting the garden, and painting. Ross has continued to coach us about staying hydrated and using proper coverage in the sun.

We have pet cats and Ross has always taken care of them since he was a child. When a cat became sick and was facing the end of their life, it was Ross who took them on their final ride to the Veterinary Hospital. Ross brought them back, already had a wooden box prepared and arranged their burial in our back yard and placed a marker in the spot. We have several cat graves in our back yard.

Ross's concern also extended to feral cats that come into our yard. He built shelters for them so as to get them out of the weather conditions. He would restock them with warm bedding every winter.

Ross has done a lot of good in his life, and he wants to make amends for his terrible thing. I am here to support him and want him to get the treatment he needs.

Thank You.