UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    v.　　　　　　　　　　　　　　Case No. 3:25-cr-22 (SRU)

ROSS DELIBRO

### SUPPLEMENT TO UNITED STATES' SENTENCING MEMORANDUM

The United States files the enclosed "Exhibit D (Additional Jail Call Transcripts)" as a supplement to its previously filed Memorandum in Aid of Sentencing and accompanying Exhibits A through C. The additional transcripts were provided to counsel for Mr. Delibro on Wednesday, September 3, 2025.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　DAVID X. SULLIVAN
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　 /s/ Daniel George
　　　　　　　　　　　　　　　　DANIEL GEORGE
　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　FEDERAL BAR NO. phv207404
　　　　　　　　　　　　　　　　157 Church Street, 25th Floor
　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　Tel: (203) 821-3700
　　　　　　　　　　　　　　　　Daniel.George@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Daniel George*
DANIEL GEORGE
ASSISTANT UNITED STATES ATTORNEY