# Exhibit D
# (Additional Jail Call Transcripts)

*United States v. Ross DeLibro*

**Jail Call: 10/24/2024 at 18:38:43**

Introduction/Warnings

Mom: Hey Ross! Hello?

Ross: Hey Mom. How ya doing?

Mom: Good. Good. Yeah Yeah. Hello? Hold on just one sec. Hold on. Talk to Dad first. Here. I gotta go feed [unintelligible].

Dad: Hey Ross.

Ross: Hey Dad. How ya doing?

Dad: Yeah ok ok. Your mother just going out to feed the Calico cat and gave me the phone. Any event the Subaru guy came through today and we finished the deal on the car.

Ross: Wow

Dad: Uh. The uh you know was pretty easy to work with. He came was you know 1, 2, 3. They made the check out to me. So that uh.

Ross: That's good.

Dad: That made that simpler. And uh I've already deposited it. You know course we got these monies you know earmarked you know for you. But uh any event that worked out pretty good. He you know came when he said he would. He came with a driver which of course you know makes sense. He couldn't drive himself and drive the car same time. Uh so anyway he was sitting with me in the kitchen finishing the paperwork and the driver left with the car. You know so I never even saw it drive away. But uh it's uh any event so uh you know 4500 dollars uh you know I don't excuse me. I'm sure it's worth more than that but in terms of being able to sell it and so forth uh that worked out alright. You know. If I had to deal with uh you know uh somebody else and you know get involved with power of attorney you know this worked out simpler. This guy you know he must do this kind of thing a lot. He had no qualms about doing it. Everything went you know very quick. He gave me a form to give to the tax office that'll take the car off the tax records. Uh so that's good. Then he told me how to go on to the uh Motor Vehicle website and uh you know cancel the plates. You know but he said be sure to chop up the plates. Don't throw them in the garbage because people take them. God knows what else so anyway that was pretty easy. I expect I don't really know what the cars are going for but what I expect is that he will probably put it out for sale for $7000 and let somebody talk him down to you know $6500 and mean time he made 2000 dollars in about a week.

Ross: It might actually be more than that because I remember the last time I checked you know the same year as mine was going this was probably last year some time but uh I think they were selling it for like just under $12000 or 11000 something.

Dad: Wow. Gee I didn't expect…

Ross: Last time I was there that you know I got new tires so if you add 600 dollars it's pretty much around what they quoted me last August.

Dad: Yeah. Yeah. Well.

[END TRANSCRIPT TIME: 05:11 – Continued discussion about the vehicle]

[RESUME TRANSCRIPT TIME: 06:26]

Mom: Let me tell Ross about the uh you know check was able to deposit in Chase. Yeah so you know some day that money's yours so.

Dad: Well anyway that was a good thing to get done. I mean for a long

OVERTALK

Ross: That money is yours.

Mom: No it's not. It doesn't matter.

Ross: No it does.

Dad: Well any event. The uh you know for all the time it took and aggravation with uh you know getting the check finally uh trying to work with M&T Bank. And all of that.

Mom: Oh I know. I was so disappointed with them.

Ross: Just before you get too far ahead. Don't forget the other account.

Mom: The oh the CIT one.

OVERTALK

Dad: Your mother was talking about. I told her take a break. Because you know all these things going on you know.

Ross: Well her name is on the account so she can do whatever she wants.

OVERTALK

Mom: Yeah so I.

Dad: Right ok.

Ross: So that's a different situation.

Mom: Yeah.

Dad: Good.

Mom: So I'll uh yeah I'll have to you know just call them.

Ross: You might be able to just transfer directly into your M&T account too because that's l inked to that bank account.

Mom: Oh. Oh ok. We'll see. We'll see how that works. You know. But um.

Dad: But anyway it was good to get that you know get that done.

Ross: You can park your car in the garage.

[END TRASNCRIPT TIME: 07:53 – Unrelated discussion]


CALL ENDS AT 15:37

## *United States v. Ross DeLibro*

## Jail Call: 11/01/2024 at 18:47:57

Introduction/Warnings

Ross: Hello?

Mom: Oh hi Ross. How's it going?

Ross: Alright. How ya doing?

Mom: Yeah good. Good.

Dad: Hey Ross.

Ross: Hi Dad.

Mom: You know um we got your letter today.

Ross: Ok.

Mom: Yeah. And I have a question about uh. Newtown. Now is there anything in there?

OVERTALK

Ross: Yes.

Ross: Well yeah but that's why I want you to get to Vanguard so you can transfer most of it there for the retirement account.

Mom: Oh so that you could get away with?

Ross: What do you mean get away with?

Overtalk

Mom: No what I mean.

Ross: I don't understand what you're saying.

Mom: What I'm saying is

Dad: Can it be protected? That's the question.

Ross: I don't know. But it's a retirement account so it's possible.

Dad: It's possible. You're right.

OVERTALK

Mom: Yeah.

Dad: So anyway it still needs work to be done.

Ross: I sent a letter yesterday about the Vanguard.

Mom: Oh good. Good.

Dad: Alright. Well really there's nothing to be done then until your letter goes through the system et cetera et cetera.

OVERTALK

Ross: Yeah. Yeah.

[END TRANSCRIPT TIME: 02:19 – Unrelated discussion]

CALL ENDS AT 15:56